**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

CASE NO.: 0:25-cv-62637-AHS

ROMARIO BURTON,

      Plaintiff,

vs.

CARDINAL HEALTH 200, LLC
d/b/a CARDINAL HEALTH,

      Defendant.

_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 3.8, I certify that the instant action is related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below:

**NONE**

Dated this 24th day of December, 2025.

***(Remainder of page left intentionally blank)***

Respectfully submitted,

*/s/ Tanner M. Borges*
Tanner M. Borges, Esq.
Florida Bar No. 1035473
RICHARD CELLER LEGAL, P.A.
7951 SW 6th St, Suite 316
Plantation, Florida 33324
Telephone: (866) 344-9243
Facsimile: (954) 337-2771
E-Mail: tanner@floridaovertimelawyer.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of December, 2025, a true and correct copy of the foregoing has been filed using CM/ECF system which I understand will send a copy to all counsel of record.

*/s/ Tanner M. Borges*
Tanner M. Borges, Esq.