UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:25-cv-62637-AHS

ROMARIO BURTON,
    Plaintiff,

vs.

CARDINAL HEALTH 200, LLC
d/b/a CARDINAL HEALTH,
    Defendant.
_____/

**DISCLOSURE STATEMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, **ROMARIO BURTON,** makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

   **Not applicable.**

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

   **Not applicable.**

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be.  See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

   a. **Romario Burton – Plaintiff**
   b. **Tanner M. Borges, Esquire – Counsel for Plaintiff**
   c. **Richard Celler Legal, P.A. – Attorneys for Plaintiff**
   d. **Cardinal Health 200, LLC d/b/a Cardinal Health - Defendant**

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:
   a. **None known**

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:
   a. **None other than the persons identified above.**

6. Identify each person arguably eligible for restitution:
   **Romario Burton**

☒   I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated this 24th day of December, 2025.

                                        Respectfully submitted,

                                        */s/ Tanner M. Borges*
                                        Tanner M. Borges, Esq.
                                        Florida Bar No. 1035473
                                        RICHARD CELLER LEGAL, P.A.
                                        7951 SW 6th St, Suite 316
                                        Plantation, Florida 33324
                                        Telephone: (866) 344-9243
                                        Facsimile: (954) 337-2771
                                        E-Mail: tanner@floridaovertimelawyer.com

                                        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of December, 2025, a true and correct copy of the foregoing has been filed using CM/ECF system which I understand will send a copy to all counsel of record.

                                        */s/ Tanner M. Borges*
                                        Tanner M. Borges, Esq.