**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

CASE NO.: 0:25-cv-62637-AHS

ROMARIO BURTON,
    Plaintiff,

vs.

CARDINAL HEALTH 200, LLC
D/B/A CARDINAL HEALTH,
    Defendant.
_____/

**PLAINTIFF'S NOTICE OF FILING**
**SUMMONS RETURNED EXECUTED**

    Plaintiff, ROMARIO BURTON, by and through his undersigned counsel and pursuant to the Local Rules for the Southern District of Florida, hereby gives Notice of Filing the Summons Returned Executed by Defendant. *See* Summons Returned Executed attached as Exhibit A.

    Respectfully submitted this 2nd day of January, 2025.

                              */s/ Tanner M. Borges*
                              Tanner M. Borges, Esq.
                              Florida Bar No. 1035473
                              RICHARD CELLER LEGAL, P.A.
                              7951 SW 6th St, Suite 316
                              Plantation, Florida 33324
                              Telephone: (866) 344-9243
                              Facsimile: (954) 337-2771
                              E-Mail: tanner@floridaovertimelawyer.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 2nd day of January, 2025, a true and correct copy of the foregoing has been filed using CM/ECF which will send a copy of same to all counsel of record.

*/s/ Tanner M. Borges*
Tanner M. Borges, Esq.

EXHIBIT A

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **0:25-cv-62637-AHS**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **CARDINAL HEALTH 200, LLC D/B/A CARDINAL HEALTH C/O**
was recieved by me on   **12/23/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **CT Corporation System, Registered Agent**, who is designated by law to accept service of process on behalf of **CARDINAL HEALTH 200, LLC D/B/A CARDINAL HEALTH C/O** at **1200 S Pine Island Rd, Plantation, FL 33324** on **12/23/2025 at 11:58 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 0.00** for services, for a total of **$ 0.00**.

I declare under penalty of perjury that this information is true.

Date:   12/23/2025

*Server's signature*

**Daniel Cohen**
*Printed name and title*

**316 W 2nd St.
3rd Floor
Los Angeles, CA 90012**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; COMPLAINT AND DEMAND FOR JURY TRIAL WITH DECLARATORY AND INJUNCTIVE RELIEF REQUESTED,  to CT Corporation System, Registered Agent. The individual appeared to be a brown-haired white female contact 45-55 years of age, 5'-5'4" tall and weighing 120-140 lbs.**




Tracking #: **0200640836**