**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:25-cv-62637-RS**

ROMARIO BURTON

    Plaintiff,
vs.

CARDINAL HEALTH 200, LLC
D/B/A CARDINAL HEALTH,

    Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION**
**OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, Cardinal Health 200, LLC ("Defendant"), by and through its undersigned counsel, hereby moves on an unopposed basis, for an extension of time to respond to Plaintiff's Complaint, up to and including, February 3, 2026. In support, Defendant states as follows:

1. On December 19, 2025, Plaintiff filed his Complaint against Defendant in this Court. ECF No. 1.

2. Defendant was served with a copy of the Complaint on December 23, 2025. ECF No. 8 at 4.

3. Defendant's response to Complaint is due on Tuesday, January 13, 2026.

4. Given that service occurred during the holiday period, coupled with defense counsel's travel obligations and other professional commitments, undersigned counsel respectfully requests additional time to gather the necessary information and prepare a response to Plaintiff's claims.

5. The Complaint spans 17 pages, includes seven separate counts, and contains 130 paragraphs of allegations. Defendant's counsel requires additional time to confer with the Defendant and continue investigating Plaintiff's claims to prepare a response.

6. Accordingly, Defendant respectfully moves, unopposed, for an extension of time to respond to Plaintiff's Complaint, up to and including February 3, 2026.

7. Before filing this Motion, Defendant's counsel conferred with Plaintiff's counsel who does not oppose the relief sought herein.

8. This Motion is made in good faith and not for the purposes of delay or any improper purpose. Moreover, no party will be prejudiced by the granting of this Motion.

9. A proposed Order granting the instant Motion is being submitted concurrently herewith.

WHEREFORE, Defendant respectfully requests that this Court grant Defendant an extension of time, up to and including February 3, 2026, to file its response to Plaintiff's Complaint.

**CERTIFICATE OF CONFERRAL**

Pursuant to S.D. Fla. Local Rule 7.1, I hereby certify that counsel for Defendant conferred with Plaintiff's counsel, Noah E. Storch, Esq. of the Celler Legal, P.A., on January 7, 2026, regarding the relief requested in this Motion. Plaintiff's counsel stated that Plaintiff does not object to the relief sought herein.

Dated: January 7, 2026

Respectfully submitted,

By: *s/ Jennifer M. Taylor*
Jennifer M. Taylor, Esq.
Florida Bar No. 174203
Email:  *jennifer.taylor@jacksonlewis.com*
Jose R. Lopez-Varela, Esq.
Florida Bar No. 1038745
Email: *jose.lopez-varela@jacksonlewis.com*
JACKSON LEWIS P.C.
1 SE 3rd Avenue
Suite 2300
Miami, Florida 33131
Telephone: (305) 577-7600

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of January 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on the counsel of record identified on the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *s/ Jennifer M. Taylor*
Jennifer M. Taylor, Esq.

**CASE NO. 0:25-CV-62637-RS**

## SERVICE LIST

Noah E. Storch, Esq.
Florida Bar No. 85476
Email: *noah@floridaovertimelawyer.com*
Tanner Borges
Florida Bar No. 1035473
Email: *tanner@floridaovertimelawyer.com*
RICHARD CELLAR LEGAL, P.A.
7951 SW 6th ST
Suite 316
Plantation, FL 33324
Telephone: (866) 344-9253

*Counsel for Plaintiff*

4920-4918-2595, v. 1

Jennifer M. Taylor, Esq.
Florida Bar No. 174203
Email:  *jennifer.taylor@jacksonlewis.com*
Jose R. Lopez-Varela, Esq.
Florida Bar No. 1038745
Email: *jose.lopez-varela@jacksonlewis.com*
JACKSON LEWIS P.C.
1 SE 3rd Avenue
Suite 2300
Miami, Florida 33131
Telephone: (305) 577-7600

*Counsel for Defendant*