IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 25-cv-62637-RS

ROMARIO BURTON,

    Plaintiff,

v.

CARDINAL HEALTH 200, LLC
D/B/A CARDINAL HEALTH,

    Defendant.
_____/

**ORDER GRANTING DEFENDANT CARDINAL HALTH 200, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO <u>PLAINTIFF'S COMPLAINT</u>**

THIS CAUSE is before the Court upon Defendant CARDINAL HEALTH 200, LLC's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, and the Court, having reviewed the Motion, and otherwise being fully advised in the premises, hereby:

ORDERS AND ADJUDGES that Defendant CARDINAL HEALTH 200, LLC's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint is **GRANTED**. Defendant shall have up to and including Tuesday, February 3, 2026, to respond to the Complaint.

DONE and ORDERED at Fort Lauderdale, Florida, this ___day of January 2026.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE