UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:25-cv-62637-AHS

ROMARIO BURTON,

    Plaintiff,

vs.

CARDINAL HEALTH 200, LLC
D/B/A CARDINAL HEALTH,
    Defendant.
_____/

**PLAINTIFF'S NOTICE OF APPEARANCE OF**
**NOAH E. STORCH, ESQ.**

Pursuant to S.D. Fla Rule 11.1(d), Plaintiff, **ROMARIO BURTON,** notifies this Court of the appearance of Noah E. Storch, Esq., of Richard Celler Legal, P.A., as Co-Counsel in the above referenced matter and requests that any and all pleadings, discovery, deposition notices, hearing notices, motions, correspondence, and any and all other documents be forwarded to the attention of the undersigned attorneys via the CM/ECF System.

Dated this 22nd day of January, 2026.

    Respectfully submitted,

    ***/s/ Noah E. Storch***
    Noah E. Storch, Esq.
    Florida Bar No. 0085476
    RICHARD CELLER LEGAL, P.A.
    7951 SW 6th St, Suite 316
    Plantation, Florida 33324
    Telephone: (866) 344-9243
    E-Mail: noah@floridaovertimelawyer.com

    *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 22nd day of January, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which I understand will provide a copy of same to all counsel of record.

*/s/ Noah E. Storch*
Noah E. Storch, Esq.