**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:25-cv-62637-RS**

ROMARIO BURTON

      Plaintiff,

vs.

CARDINAL HEALTH 200, LLC
D/B/A CARDINAL HEALTH,

      Defendant.

_____ /

**DEFENDANT'S RULE 7.1**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and the Court's Standing Order on Disclosure Statements, Defendant Cardinal Health 200, LLC. ("Defendant"), by and through its undersigned counsel, hereby files this Corporate Disclosure Statement and states as follows:

1.      Defendant CARDINAL HEALTH 200, LLC is a limited liability company and a wholly owned subsidiary of CARDINAL HEALTH, INC.

2.      Defendant CARDINAL HEALTH, INC. is a publicly traded corporation.

3.      No publicly held corporation owns ten percent (10%) or more of CARDINAL HEALTH, INC.'S stock.

Dated: February 4, 2026                   Respectfully submitted,

By: *s/ Jose R. Lopez-Varela*
    Jose R. Lopez-Varela, Esq. (FBN.: 1038745)
    Email: *jose.lopez-varela@jacksonlewis.com*
    Jennifer M. Taylor, Esq. (FBN.: 174203)
    *jennifer.taylor@jacksonlewis.com*
    JACKSON LEWIS P.C.
    1 SE 3rd Avenue, Suite 2300
    Miami, Florida 33131
    Telephone: (305) 577-7600
    *Counsel for Defendant*

CASE NO. 0:25-CV-62637-RS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of February 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on the counsel of record identified on the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

By:  *s/ Jose R. Lopez-Varela*
Jose R. Lopez-Varela, Esq.

## SERVICE LIST

Noah E. Storch, Esq.
Florida Bar No. 85476
Email: *noah@floridaovertimelawyer.com*
Tanner Borges
Florida Bar No. 1035473
Email: *tanner@floridaovertimelawyer.com*
RICHARD CELLAR LEGAL, P.A.
7951 SW 6th ST
Suite 316
Plantation, FL 33324
Telephone: (866) 344-9253

*Counsel for Plaintiff*

Jennifer M. Taylor, Esq.
Florida Bar No. 174203
Email:  *jennifer.taylor@jacksonlewis.com*
Jose R. Lopez-Varela, Esq.
Florida Bar No. 1038745
Email: *jose.lopez-varela@jacksonlewis.com*
JACKSON LEWIS P.C.
1 SE 3rd Avenue
Suite 2300
Miami, Florida 33131
Telephone: (305) 577-7600

*Counsel for Defendant*

4927-1764-1095, v. 1