**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

CASE NO.: 0:25-cv-62637-AHS


ROMARIO BURTON,

      Plaintiff,

vs.

CARDINAL HEALTH 200, LLC
d/b/a CARDINAL HEALTH,

      Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, **ROMARIO BURTON**, ("Plaintiff"), and Defendant, **CARDINAL HEALTH 200, LLC d/b/a CARDINAL HEALTH,** ("Defendant"), (collectively, the "Parties"), by and through their undersigned counsel, hereby notify this Court that the Parties have reached a resolution in this case. The Parties are currently working on drafting the settlement documents. Accordingly, the Parties request that all deadlines be abated while they work to finalize the settlement documents and submit the appropriate filings to the Court for dismissal of this matter.

Dated this 12th day of March, 2026.


*(The remainder of this page has been left blank intentionally)*

1

*/s/ Tanner M. Borges*
Tanner M. Borges, Esq.
Florida Bar No. 1035473
RICHARD CELLER LEGAL, P.A.
7951 SW 6th St, Suite 316
Plantation, Florida 33324
Telephone: (866) 344-9243
Facsimile: (954) 337-2771
E-Mail: tanner@floridaovertimelawyer.com
*Counsel for Plaintiff*

*/s/ Jose R. Lopez-Varela*
Jennifer M. Taylor, Esq.
Florida Bar No.: 174203
Email: jennifer.taylor@jacksonlewis.com
Jose R. Lopez-Varela, Esq.
Florida Bar No.: 1038745
Email: jose.lopez-varela@jacksonlewis.com
JACKSON LEWIS P.C.
1 SE 3rd Avenue
Suite 2300
Miami, Florida 33131
Telephone: (305) 577-7600
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of March, 2026, the foregoing document was

filed with the Clerk of the Court via CM/ECF which will provide a copy to all counsel of record.

*/s/Tanner M. Borges*
Tanner M. Borges, Esq.

2