UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-62637-CIV-SINGHAL/STRAUSS

ROMARIO BURTON,

     Plaintiff,

v.

CARDINAL HEALTH 200, LLC d/b/a
CARDINAL HEALTH.,

     Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the parties' Joint Notice of Settlement (the "**Notice**").  (DE [24]).  Having carefully reviewed Notice, the docket, and otherwise being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Clerk of Court shall **CLOSE** this case for administrative purposes only.  The parties shall file dismissal papers by **April 13, 2026.** Any pending motions are **DENIED AS MOOT** and all deadlines and hearings are **CANCELLED**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 16th day of March 2026.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF