**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

CASE NO.: 0:25-cv-62637-AHS

ROMARIO BURTON,

      Plaintiff,

vs.

CARDINAL HEALTH 200, LLC
d/b/a CARDINAL HEALTH,

      Defendant.

_____ _____ __ _____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, **ROMARIO BURTON,** and Defendant, **CARDINAL HEALTH 200, LLC d/b/a**

**CARDINAL HEALTH,** by and through their undersigned counsel, hereby stipulate to the dis-

missal of this matter with prejudice pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Accordingly, each party shall bear their own attorneys' fees and costs.

Dated this 4th day of May, 2026.

| | |
|---|---|
| **/s/ Tanner M. Borges** | **/s/ Jose R. Lopez-Varela** |
| Tanner M. Borges, Esq. | Jennifer M. Taylor, Esq. |
| Florida Bar No. 1035473 | Florida Bar No.: 174203 |
| RICHARD CELLER LEGAL, P.A. | Email: jennifer.taylor@jacksonlewis.com |
| 7951 SW 6th St, Suite 316 | Jose R. Lopez-Varela, Esq. |
| Plantation, Florida 33324 | Florida Bar No.: 1038745 |
| Telephone: (866) 344-9243 | Email: jose.lopez-varela@jacksonlewis.com |
| Facsimile: (954) 337-2771 | JACKSON LEWIS P.C. |
| E-Mail: tanner@floridaovertimelawyer.com | 1 SE 3rd Avenue |
| *Counsel for Plaintiff* | Suite 2300 |
| | Miami, Florida 33131 |
| | Telephone: (305) 577-7600 |
| | *Counsel for Defendant* |