UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-62637-CIV-SINGHAL/STRAUSS

ROMARIO BURTON,

     Plaintiff,

v.

CARDINAL HEALTH 200, LLC d/b/a
CARDINAL HEALTH.,

     Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court on the parties' Joint Stipulation of Voluntary Dismissal with Prejudice (the "**Stipulation**").  (DE [28]).  Having reviewed the Stipulation, the docket, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE**, with each party to bear its own attorney fees and costs.  The Clerk of Court is directed to **CLOSE** this case, **CANCEL** all hearings and deadlines, and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 4th day of May 2026.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF